UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

_8th_ DIVISION

FILED

DEC 1 6 2014


CLERK

Clayton Walker
_____
_____
_____
(Enter the full name of the Plaintiff[s] in this action)

vs.

David Siebrasse
+
Law office
_____
_____
(Enter the full name of ALL Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.)

Case No. 14-5090
(To be assigned by Clerk of District Court)

COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a short and plain statement of the grounds for the court's jurisdiction.):

In this court because I'm from Pennington Co.

42 USCA 1983 + 42 USCA 1988

1

DSD 12-12

II.   Plaintiff,_____ resides at

_____
(street address)

_____,_____,
(city)                 (county)

_____,_____,_____
(state)      (zip)   (telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)

_____
_____
_____
_____
_____
_____
_____

III.   Defendant, ~~p~~ ~~legal@globass~~ resides at, or its business is located at

~~215 west Sioux Fak Avenue~~
(street address)

~~Pierre SD~~ , _____,
(city)                 (county)

~~SD~~ , ~~57501~~   ~~605-224-8111~~
(state)   (zip)   (telephone number)

(If more than one defendant, provide the same information for each defendant below)

_____
_____
_____
_____
_____
_____
_____
_____

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Attorney misconduct

V. Relief (State briefly and exactly what you want the Court to do for you.)

Cover Damages

VI. **MONEY DAMAGES:**

   A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

   YES [X]    NO [ ]

   B) If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:

   Attorney Missconduct, Damage to my Name & Losses

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

   YES [X]    NO [ ]

VIII. Are you requesting a Jury Trial?

   YES [X]    NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16 day of Dec., 2014

*Clayton Walker*

Signature of Plaintiff[s]